**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

A.H.,

      *Petitioner*,

      v.

PAUL ARTETA , *et al.,*

      *Respondents*.

Civil Action No. 26-869

### ~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym A.H.

It is so **ORDERED.**

Entered on February 2, 2026 at 3:00 PM

Vernon S. Broderick
United States District Judge