UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                       :

A.H.,                                               :
                                      Petitioner,          :

                     -against-                         :                        26-CV-869 (VSB)

PAUL ARTETA, in his official capacity as      :                          **ORDER**
Sheriff of Orange County, New York and       :
Warden of the Orange County Correctional   :
Facility, *et al.*,                                    :
                                                      :
                                     Respondents.  :
                                                      :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1 ("Habeas Petition").) I held an initial telephonic conference on February 6, 2026. Upon consideration of Petitioner's Habeas Petition and my comments made in the initial telephonic conference, it is hereby ORDERED that the parties file a response addressing the following questions by **Wednesday, February 11, 2026**.

1. The statutory provision that Petitioner is detained under.

2. Whether the parties have any additional documents relevant to Petitioner's detention, including but not limited to any Form I-213 Record of Deportable/Inadmissible Alien, Notice to Appear, or Order of Release on Recognizance.

3. The circumstances that led to Petitioner's arrest on May 30, 2025.

4. The timing of the Warrant for Arrest of Alien, (Doc. 8-1 at 3), which appears to have been served on Petitioner four days after he was detained on May 30, 2025.

5. The timing of Petitioner's application for asylum, the current status of Petitioner's appeal of the denial of asylum to the Board of Immigration Appeals (BIA), and any update with regards to the timing of the BIA appeal.

6. Whether there is any basis to distinguish this Petition from my prior opinions in *Sidqui v. Almodovar*, No. 25-CV-9349, 2026 WL 251929 (S.D.N.Y. Jan. 30, 2026) and *Han v. Bondi*, No. 25-CV-10753 (S.D.N.Y.), and whether those decisions control the results here.

SO ORDERED.

Dated:   February 6, 2026
         New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge