**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
A.H.,

                                Petitioner,                          26 **CIVIL** 0869 (VSB)

              -against-                                              **JUDGMENT**

PAUL ARTETA, in his official capacity as
Sheriff of Orange County, New York and
Warden of the Orange County Correctional
Facility, et al.,

                                Respondents.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 26, 2026, the Petition for a writ of habeas

corpus is GRANTED.

**DATED:**  New York, New York

              March 3, 2026

                                                        TAMMI M. HELLWIG
                                                        _____
                                                        Clerk of Court

                              BY:
                                                        _____
                                                        Deputy Clerk