Brooklyn Defenders (BDS)

**Melinda Katherine (Katie) Sheild**
Senior Staff Attorney, Immigration
(917)-968-4106
katiesheild@bds.org

**Brooklyn Defender Services**
156 Pierrepont Street
Brooklyn, NY 11201
Tel (718) 254-0700
Fax (718) 254-0897

April 29, 2026

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: *A.H. v. Arteta et al.*, 26-CV-869 (VSB)**

Dear Judge Broderick:

The Court requested that Petitioner file a proposed briefing schedule for his request for attorney's fees and costs pursuant to the Equal Access to Justice Act as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, by April 29, 2026. *See* Dkt. 15 (Order) at 10. Undersigned counsel has conferred with counsel for the Respondents in this matter and both parties agree to the schedule below.

Petitioner's motion should be due by June 1, 2026. Respondent's opposition should be due by June 22, 2026. Petitioner's reply to Respondent's opposition should be due by July 6, 2026.

We thank the Court for its time and consideration.

Petitioner's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act shall be due by June 1, 2026. Respondent's opposition shall be due by June 22, 2026, and Petitioner's reply shall be due July 6, 2026.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE 4/30/2026

Sincerely,
*/s/ Melinda Katherine Sheild*
Melinda Katherine Sheild, Esq.
Alexandra Lampert, Esq.
Brooklyn Defender Services
177 Livingston Street
Brooklyn, NY 11201
347-977-7701
917-968-4106
alampert@bds.org
katiesheild@bds.org

cc: Janet Lynne Guyon, Special Assistant U.S. Attorney, S.D.N.Y. (by email)